In the Matter of the Claim of JOHN MARRO, Appellant. FJC SECURITY SERVICES, INC., Respondent; COMMISSIONER OF

Labor, Respondent. [988 NYS2d 85]—Appeal from a decision of the Unemployment Insurance Appeal Board, filed February 14, 2013, which ruled that claimant was disqualified from receiving unemployment insurance benefits because his employment was terminated due to misconduct.

Decision affirmed. No opinion.

Peters, P.J., Lahtinen, McCarthy, Garry and Clark, JJ., concur. Ordered that the decision is affirmed, without costs.